IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD F. BOONE,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CIVIL ACTION
NO. 16-6175

## <u>ORDER</u>

**AND NOW**, this 10th day of September, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response thereto, and Plaintiff's reply, as well as the record therein, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, and after no objections being filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review of the decision of the Commissioner of the Social Security Administration is **GRANTED** in part;

3. This case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

4. The Clerk of Court shall close this matter.

                                     **BY THE COURT:**

                                     **/s/ Jeffrey L. Schmehl**
                                     Jeffrey L. Schmehl, J.